Alberto AGUERO, Plaintiff–Appellant,

v.

UNIVERSITY OF TEXAS MEDICAL BRANCH, an Entity; Does 1 Thru 9, Jointly and Severally, Inclusive, Defendants–Appellees.

No. 04–40211.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 19, 2004.

Alberto Aguero, Beaumont, TX, pro se.

Ramiro Canales, Austin, TX, for Defendant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the following reasons:

1. Aguero does not challenge the determination that the Eleventh Amendment bars his civil rights claims against the University of Texas.

2. As for the individual defendants, Aguero has failed to file a written report but, irrespective of that failure and the justification for it, the only claim of malpractice is the failure to supply him with darker tinted eyeglasses, or to engage a different physician. He has not alleged delib-

erate indifference to serious medical needs. Dismissal was justified.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.